

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

---

P.O. Box 61129                Phone (713) 567-9000
Houston, TX 77208-1129        Fax (713) 718-3303

July 16, 2010

The Honorable Andrew Hanen
United States District Judge
via e- filing

      RE:    M-08-196 and 213, *United States of America v. Pamela Rivas, et al.*,

Dear Judge Hanen:

    We are responding to the Court's order of June 18, 2010.

    While there are no matters requiring the Court's immediate attention, the parties advise the Court that negotiations are continuing for the purchase of the land made, at least in part, the basis of this suit for a new Port of Entry at Los Ebanos. If an agreement cannot be reached, a third condemnation action may be filed which will likely subsume, at least in part, these cases. Thus, no Court action at this time is appreciated.

                                  Respectfully yours,

                                    DANIEL DAVID HU
                                    Assistant United States Attorney

                                  DAVID GARZA
                                  Counsel for Pamela Rivas