IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP - 6 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CONSOLIDATED |
| | § | |
| v. | § | CASE NO.   7:08-CV-213 |
| | § | (Lead Case) |
| 0.61 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | CASE NO.   7:11-CV-258 |
| TEXAS; AND PAMELA RIVAS, ET AL., | § | (Member Case) |
| | § | |
| Defendants. | § | |

## AGREED POSSESSION ORDER

Before the Court is United States of America's Agreed Motion for Order of Immediate Possession. After considering same, the Court grants the motion as follows:

IT IS HEREBY ORDERED that all Defendants to this action and all persons in possession or control of Tracts RGV-MCS-1006-1, RGV-MCS-1006-2, RGV-MCS-1006-4, RGV-MCS-1006E-1, RGV-MCS-1006E-2, RGV-MCS-1006E-3, and RGV-MCS-1004E-5 as more particularly described in Schedules "C" and "D" of the Complaints (Docket No. 1 in 7:08-cv-213 and Docket No. 1 in 7:11-cv-258) and the Declarations of Taking (Docket No. 2 in 7:08-cv-213 and Docket No. 2 in 7:11-cv-258) filed herein; shall surrender possession of said property to the extent of the estates being condemned, to the United States of America immediately.

For Tract RGV-MCS-1004E-5, as stated in Schedule "E" of the Complaint (Docket No. 1 in 7:11-cv-258), landowner reserves the rights, including crossing the land, that will not interfere with the rights conveyed in the easement.

IT IS FURTHER ORDERED that a notice of this Order shall be served upon all persons in possession or control of the said property forthwith.

SIGNED this 6th day of September, 2011.

ANDREW S. HANEN
United States District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

| FOR DEFENDANT: | FOR PLAINTIFF: |
|---|---|
| PAMELA RIVAS, Defenant | José Angel Moreno United States Attorney |

By: *s/ David C. Garza (by permission)*
**DAVID C. GARZA**
Texas State Bar No. 07731400
Federal Admissions ID No. 3778
Garza & Garza, LLP
680 E. St. Charles, Suite 300
Brownsville, TX 785206
Telephone: (956) 541-4914
Fax: (956) 542-7403
Email: dgarza@garzaandgarza.com
Attorney for Pamela Rivas

By: *s/ Daniel D. Hu*
**DANIEL D. HU**
Assistant United States Attorney
Texas Bar No. 10131415
919 Milam, Suite 1500
P.O. Box 61129
Houston, Texas 77208
Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: daniel.hu@usdoj.gov
Attorney for Plaintiff

2