IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN - 3 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | CONSOLIDATED |
| | § | |
| v. | § | CASE NO. 7:08-CV-213 |
| | § | (Lead Case) |
| 0.61 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN HIDALGO COUNTY, | § | CASE NO. 7:11-CV-258 |
| TEXAS; AND PAMELA RIVAS, | § | (Member Case) |
| ET AL., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF REVESTMENT

Pursuant to the Stipulation for Revestment executed by Plaintiff, the United States of America (hereinafter "United States"), and Defendant, PAMELA RIVAS, through and by her attorney David C. Garza (hereinafter "Defendant"),

**IT IS HEREBY ORDERED AND ADJUDGED,** that to the extent the Declaration of Taking (Docket No. 2 in 7:08-cv-213) (hereinafter "Declaration"), and Complaint in Condemnation (Docket No. 1 in 7:08-cv-213) (hereinafter "Complaint") condemned, conveyed to, or vested title in the United States of certain lands described in Schedules "C", "D" and "E" of the Declaration of Taking (Docket No. 2 in 7:08-cv-213), which schedules are attached hereto, it is now ordered to revest a portion of Tracts RGV-MCS-1006-1 and RGV-MCS-1006-2 as specifically described in Exhibit 1 and as shown in Exhibit 2 (teal colored box), attached hereto, to the former owner, as her interests in same appeared immediately before the vesting of title to said property in the United States by operation of law through these condemnation proceedings. The revestment is in full satisfaction of any and all claims regarding the subject property against

the United States by reason of the institution and prosecution of this action. The monies on deposit shall fund the settlement of the just compensation claims in the consolidated cases.

**IT IS FURTHER ORDERED,** that the parties hereto will take no appeal from any rulings or judgments made by the Court in this action with regard to the Stipulation of Revestment, and Defendant waives any and all claims for compensation of any nature against the United States arising from the United States' acquisition of the portion of Tracts RGV-MCS-1006-1 and RGV-MCS-1006-2 as specifically described in Exhibit 1 and as shown in Exhibit 2 (teal colored box), attached hereto. The parties consent to the entry of all orders and judgments necessary to effect the Stipulation of Revestment.

ORDERED, this 3rd day of January, 2012.

_____
ANDREW S. HANEN
United States District Judge


**AGREED AS TO FORM AND SUBSTANCE:**

FOR DEFENDANT:

    PAMELA RIVAS,
    Defendant

By:   *s/ David C. Garza (by permission)*
     DAVID C. GARZA
     Texas State Bar No. 07731400
     Federal Admissions ID No. 3778
     Garza & Garza, LLP
     PO Box 2025
     680 E. St. Charles, Suite 300
     Brownsville, TX 785206
     Telephone: (956) 541-4914
     Fax: (956) 542-7403
     Email: dgarza@garzaandgarza.co
     Attorney for Pamela Rivas

FOR PLAINTIFF:

    Kenneth Magidson
    United States Attorney
    Southern District of Texas

By:   *s/ Daniel D. Hu*
     DANIEL DAVID HU
     Assistant United States Attorney
     Texas Bar No. 10131415
     919 Milam, Suite 1500
     P.O. Box 61129
     Houston, Texas 77208
     Tel: (713) 567-9518
     Fax: (713) 718-3303
     E-mail: Daniel.hu@usdoj.gov
     Attorney-in-Charge for Plaintiff