IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff*, | § | CONSOLIDATED |
| v. | § | CASE NO. 7:08-CV-213 |
| | § | (Lead Case) |
| 0.61 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, TEXAS; AND PAMELA RIVAS, ET AL., | § | CASE NO. 7:11-CV-258 (Member Case) |
| *Defendants*. | § | |

## AGREED FINAL JUDGMENT

Pursuant to the Joint Stipulation as to Just Compensation and Motion for Entry of Final Judgment, signed by the Plaintiff, United States of America, and the Defendant, PAMELA RIVAS, **IT IS HEREBY ORDERED AND ADJUDGED,** that:

The full and just compensation payable by the United States for the taking of the Estates in Tracts RGV-MCS-1006-1, RGV-MCS-1006-2, RGV-MCS-1006-4, RGV-MCS-1006E-1, RGV-MCS-1006E-2, RGV-MCS-1006E-3, and RGV-MCS-1004E-5 shall be the total sum of $25,000.00 in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action;

The Defendant shall be responsible for her own legal fees, costs, and expenses, including attorney's fees, consultants' fee, and any other expenses or costs;

The Defendant shall take no appeal from any rulings or judgments made by the Court in this action; and the parties consent to the entry of all orders and judgments necessary to effectuate this joint motion; and

*1*

This case is hereby **CLOSED** on this Court's docket.

**SIGNED**, in chambers, at Brownsville, Texas, this 26th day of March, 20 12.

_____
**ANDREW S. HANEN**
United States District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

| FOR DEFENDANT: | FOR PLAINTIFF: |
|---|---|
| Pamela Rivas | KENNETH MAGIDSON |
| | United States Attorney |
| | Southern District of Texas |
| | |
| *s/ David C. Garza* (*by permission*) | *s/ Daniel D. Hu* |
| **DAVID C. GARZA** | **DANIEL D. HU** |
| Texas State Bar No. 07731400 | Assistant United States Attorney |
| Federal Admissions ID No. 3778 | Texas Bar No. 10131415 |
| Garza & Garza, LLP | 919 Milam, Suite 1500 |
| 680 E. St. Charles, Suite 300 | P.O. Box 61129 |
| Brownsville, TX 785206 | Houston, Texas 77208 |
| Telephone: (956) 541-4914 | Tel: (713) 567-9000 |
| Fax: (956) 542-7403 | Fax: (713) 718-3303 |
| Email: dgarza@garzaandgarza.com | E-mail: daniel.hu@usdoj.gov |
| Attorney for Pamela Rivas | Attorney for Plaintiff |